IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CRAIG L. MILLER,

    Plaintiff,                                   JUDGMENT IN A CIVIL CASE

v.                                                  12-cv-640-wmc

KENNETH MORGAN,

    Defendant.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice as frivolous.

| /s/ | 9/30/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |